CASE NUMBER:     CIVIL NO. 21-00272 LEK-RT

CASE NAME:     Jeffrey-Steven of the House of Jarrett vs. David Ige et al.,

JUDGE:   Leslie E. Kobayashi     DATE:     7/14/2021

COURT ACTION: EO: COURT ORDER: 1) DENYING PLAINTIFF'S MOTION UPON THE COURT: MOTION FOR PRELIMINARY, PREVENTATIVE, PROHIBITORY, QUIA TIMET AND PERPETUAL INJUNCTION; AND 2) RESERVING RULING ON ALL OTHER MATTERS, PENDING THE RESOLUTION OF THE MOTION TO DISMISS AND THE JOINDER THEREIN

    Pro se Plaintiff Jeffrey-Steven of the House of Jarrett, also known as Jeffrey S. Jarrett ("Plaintiff"), filed his Complaint on June 14, 2021. See dkt. no. 1; see also Entering Order: Court Order Regarding Plaintiff's "Federal Claim; Emergency Injunction, and Other Relief," filed 6/18/21 (dkt. no. 16) (construing dkt. no. 1 as Plaintiff's Complaint). Currently before the Court are:

- Plaintiff's Motion upon the Court: Motion for Preliminary, Preventative, Prohibitory, Quia Timet and Perpetual Injunction, filed on July 2, 2021 ("Plaintiff's 7/2/21 Motion"); [dkt. no. 22;]

- the motion to dismiss filed on July 8, 2021 by Defendants David Ige, Josh Green, Scott Saiki, Ronald Kouchi, Christina Kishimoto, Elizabeth Char, and all members of State of Hawai`i House of Representatives and Senate ("State Defendants' Motion"); [dkt. no. 28;] and

- the substantive joinder in the State Defendants' Motion filed on July 9, 2021 by Defendants Michael P. Victorino, Dean Rickard, Keani Rawlins-Fernandez, and Tasha Kama, in their official capacities ("County Defendants' Joinder"), [dkt. nos. 30 (joinder), 31 (memorandum in support of joinder)].

    Plaintiff's 7/2/21 Motion is merely an attempt to re-file a motion that he filed previously and that this Court has already denied. See Ex Parte Non-Hearing Motion for Emergency Injunctive Relief, filed 6/21/21 (dkt. no. 18); Entering Order: Court Order Denying Plaintiff's Ex Parte Non-Hearing Motion for Emergency Injunctive Relief, filed 6/22/21 (dkt. no. 19). Plaintiff's 7/2/21 Motion is therefore DENIED.

This Court will not consider any other matters in this case until the State Defendants' Motion and the County Defendants' Joinder are resolved. Plaintiff's response memorandum to the State Defendants' Motion remains due by **July 23, 2021**. See Minute Order, filed 7/9/21 (dkt. no. 29). Plaintiff's response memorandum may also address the County Defendants' Joinder, or Plaintiff may file a separate response memorandum. If Plaintiff chooses to file a separate response memorandum, it must also be filed by **July 23, 2021**. If the State Defendants or the County Defendants choose to file an optional reply, they must do so by **August 6, 2021**. The State Defendants' Motion and the County Defendants' Joinder will be taken under advisement thereafter.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager